# *Michael Faillace & Associates, P.C.*
60 East 42nd Street
Suite 2020
New York, NY 10165

Ph:(212) 317-1200          Fax:(212) 317-1620

Jhomar Camilo                                                    June 29, 2015

| | File #: | eldondelasgo |
|---|---|---|
| **Attention:** | Inv #: | Sample |

**RE:**  Camilo et al v. The Tire Don Inc. et al
CIVIL DOCKET FOR CASE #: 1:14-cv-07942-GHW

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Sep-24-14 | Meeting with client - retainer and intakes | 2.20 | 990.00 | MF |
| Jan-27-15 | Meeting with client Jhomar Camilo to go over the next steps in the case. Drafted his declaration for a motion for default. Explained the importance of finding his co-plaintiff Felix Hiraldo. He will try to find him and have him call the office. | 2.00 | 400.00 | JS |
| Jun-02-15 | Drafted application for withdrawal as counsel for Mr. Hiraldo because he has been unresponsive for at least the last 5 months. | 0.50 | 150.00 | JS |
| Jun-09-15 | Attended status conference before Judge Woods regarding our application for withdrawal as counsel for Mr. Hiraldo. Judge Woods granted our application. | 1.00 | 300.00 | JS |
| Jun-24-15 | Drafted MF's declaration in support of motion for default, damages chart, order to show cause and proposed form of judgment. | 4.50 | 1,350.00 | JS |
| | Totals | 10.20 | $3,190.00 | |

## DISBURSEMENTS

| | | | |
|---|---|---|---|
| | Filing Fee | | 400.00 |
| May-27-15 | Postage Expense | | 8.50 |

| Jun-03-15 | Postage Expense | 7.50 | |
| Jun-19-15 | Postage Expense | 7.50 | |
| | Totals | $423.50 | |
| | **Total Fee & Disbursements** | | **$3,613.50** |
| | **Balance Now Due** | | **$3,613.50** |

TAX ID Number    20-1211098